IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICKY WILLIAMS, et al.,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 07-0561-CG-B** |
| **MONROE COUNTY BOARD OF EDUCATION, et al.,** | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims of plaintiffs Felicia Gibbs, Tiffany Smith, Angela Chaney, Aaron Chaney, Tabitha Kidd-Fountain, Daffnie Martin, and Jacqueline Davis are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**DONE and ORDERED** this 10th day of January, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**