IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICKY WILLIAMS, et al.,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 07-0561-CG-B |
| **MONROE COUNTY BOARD OF EDUCATION, et al.,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the motion for class certification be and is hereby **DENIED**.

**DONE and ORDERED** this 4th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE