IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICKY WILLIAMS, et al.,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0561-CG-B |
| **MONROE COUNTY BOARD OF EDUCATION, et al.,** | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) dated March 10, 2009 is **ADOPTED** as the opinion of this Court.  The claims of plaintiff Sherry Millender against the defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

**DONE and ORDERED** this 26th day of March, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**