# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| NICKY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0561-CG-B |
| | ) |
| MONROE COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered on June 23, 2009, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants Monroe County Board of Education, and George Coker, Martha Jordan, Tony Powell, Patricia M. Black, William F. Andrews, Dennis Mixon, and Lana Wilson in their individual and official capacities, against plaintiff, Nicky Williams, individually and on behalf of her minor son.  Therefore, all the plaintiff's individual claims and those brought on behalf of her minor son "J.W." are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 27th day of July, 2009.

　　　　　　　　　　　　　　　　　　　/s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE